1  **THORNDAL, ARMSTRONG, DELK,**
   **BALKENBUSH & EISINGER**
2  Michael P. Lowry, Esq.
   Nevada Bar No. 10666
3  P.O. Drawer 2070
   Las Vegas, Nevada  89125-2070
4  Tel:   (702) 366-0622
   Fax:  (702) 366-0327
5  Email:  mlowry@thorndal.com
   Attorneys for Pier 1 Imports (U.S.), Inc.
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9  | HOLLY GERHARDT, individually, | Case No.: 2:15-cv-2027 |
   |---|---|
10 | Plaintiff, | **STIPULATION TO DISMISS THIRD CAUSE OF ACTION WITH PREJUDICE** |
11 | vs. | |
12 | PIER 1 IMPORTS (U.S.), INC.; DOE MANAGERS(S) 1 through 3, DOE EMPLOYEE(S) 1 through 20, and ROE CORPORATIONS I through X, inclusive, | |
13 | | |
14 | | |
   | Defendants. | |
15

16    The amended complaint pleads three causes of action.  Pier 1 Imports (U.S.), Inc. moved

17 to dismiss the third cause of action entitled "negligence *per se*."[1]  Plaintiff does not oppose this

18 motion.[2]  Consequently, the parties stipulate to dismiss the third cause of action with prejudice.

19 This stipulation does not bar Plaintiff from arguing negligence per se at trial, if supported by the

20 evidence, to support a cause of action for negligence against Pier 1.

---

[1] Dkt 003.

[2] Dkt 009.

-1-

| | |
|---|---|
| Dated this 23rd day of December, 2015 | Dated this 23rd day of December, 2015 |
| CLARK MCCOURT | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| */s/ Lukas B. McCourt* | */s/ Michael P. Lowry* |
| Brian P. Clark, Esq.<br>Nevada Bar No. 4236<br>Lukas B. McCourt, Esq.<br>Nevada Bar No. 11839<br>7371 Prairie Falcon Rd., Suite 120<br>Las Vegas, NV 89128<br>Attorneys for Holly Gerhardt | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>P.O. Drawer 2070<br>Las Vegas, NV 89125<br>Attorneys for Pier 1 Imports (U.S.), Inc. |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2015

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), on December 23, 2015, the **STIPULATION TO DISMISS THIRD CAUSE OF ACTION WITH PREJUDICE** was served upon each of the parties via electronic service through the United States District Court for the District of Nevada's ECF system.

*/s/ Michael P. Lowry*
_____
An Employee of Thorndal, Armstrong, Delk, Balkenbush & Eisinger