UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOLLY GERHARDT, | 2:15-cv-02027-JCM-CWH |
| Plaintiff, | ORDER |
| vs. | |
| PIER 1 IMPORTS (U.S.), INC., *et al.*, | |
| Defendants. | |

Presently before the Court is Defendant's motion to substitute attorney (ECF No. 27), filed on July 26, 2016. Having reviewed the stipulation, the Court finds that it satisfied Local Rule IA 11-6.

IT IS THEREFORE ORDERED that Defendant's motion to substitute attorney (ECF No. 27), is GRANTED.

DATED: July 29, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge